IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE CO., as insurer of Justing Pemberton, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 06-0222-CG-B ) |
| IVA DELL FLEMING, et al., | ) ) |
| Defendants. | ) |

## DEFAULT JUDGMENT

It is hereby **ORDERED, ADJUDGED, and DECREED** that **DEFAULT JUDGEMENT** is entered in favor of plaintiff and cross-plaintiffs as to all claims asserted against defendants, Santa Rosa Medical Center, Santa Rosa Anesthesia Associates, Gulf Medical Services, Inc., Jay Hospital, West Florida Radiology Assoc., Pensacola Pathologist, Baptist Healthcare, and Conecuh County Emergency Medical Service.

**DONE and ORDERED** this 14th day of July, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE